**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN ARLEN HARRIS,<br>        Plaintiff,<br>  v.<br>GENERAL MOTORS OVERSEAS DISTRIBUTION,<br>        Defendants. | Case No. EDCV 10-00920 VAP(RCx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed on January 26, 2011, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: February 10, 2011

                                      VIRGINIA A. PHILLIPS<br>
                                      United States District Judge